NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Aramiss Jerel Moore, <br><br> Defendant. | 3:18-CR-00030-MMD-CBC <br><br> **ORDER granting Motion to Dismiss (ECF No. 53)** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby moves to dismiss the Indictment filed on March 28, 2018, against Aramiss Jerel Moore, defendant herein. The government moves to dismiss the criminal indictment is this matter based on the Court's ruling granting the defendant's motion to suppress, ECF 46.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Based on the Court's ruling, the government can no longer proceed with the prosecution of this matter.

DATED this 22nd day of February, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Megan Rachow*
MEGAN RACHOW
Assistant United States Attorney

IT IS SO ORDERED.

Dated: February 25, 2019

_____
U.S. District Judge

**Certificate of Service**

It is hereby certified that pursuant to LCR 47-4 service of the foregoing **Motion to Dismiss** was made through the Court's electronic filing and notice system (CM/ECF) addressed to the following:

Theresa Ristenpart
theresa@ristenpartlaw.com

DATED this 22nd day of February, 2019.

/**s**/ *Megan Rachow*
MEGAN RACHOW
Assistant United States Attorney